*Thomas P. Arvantely*, for the appellants (plaintiffs).

*John D. Adams*, for the appellee (defendant).

Argued April 7—decided April 7, 1970

RAYMOND FRIGON *v.* THE TOWN OF ENFIELD ET AL.

HENRY F. DUNNE ET AL. *v.* THE TOWN OF ENFIELD ET AL.

The motion by the plaintiffs to set aside the judgment in the appeal from the Court of Common Pleas in Hartford County is denied. The clerk of the court should have complied with the provisions of Practice Book § 616.

*Thomas P. Arvantely*, for the appellants (plaintiffs) in both cases.

*John D. Adams*, for the appellees (defendants) in both cases.

Argued April 7—decided April 7, 1970

STATE OF CONNECTICUT *v.* FRANCES CARTER

The renewed motion by the defendant Frances Carter for an expedited hearing and decision on her appeal from the Superior Court in New Haven County concerning her conviction for contempt is denied.

The motion by the defendant Frances Carter for this court to modify the trial court's order denying her bail on her appeal from the Superior Court in New Haven County concerning her contempt conviction is denied.

*Catherine G. Roraback*, in support of the motions.